**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

**ANRI GOGOLADZE #A226-023-247**          **CIVIL ACTION NO. 25-1550 SEC P**

**VERSUS**                                                    **JUDGE EDWARDS**

**LASALLE ICE PROCESSING CENTER**    **MAGISTRATE JUDGE PEREZ-MONTES**

### JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein (R. Doc. 22), and having determined that the Magistrate Judge's findings and recommendation are correct under the applicable law;

**IT IS HEREBY ORDERED** that the Petition filed by ANRI GOGOLADZE #A226-023-247 (R. Doc. 1) is **GRANTED** and that Gogoladze be released under appropriate conditions.

**IT IS FURTHER ORDERED** that the pending Motion for Immediate Release (R. Doc. 20) is **DENIED as MOOT.**

**THUS ORDERED AND SIGNED** in Chambers this 1st day of April, 2026.

_____
**JUDGE JERRY EDWARDS, JR.**
**UNITED STATES DISTRICT COURT**